# INSTRUCTIONS FOR FILING A
# COMPLAINT UNDER THE CIVIL RIGHTS ACT
# 42 U.S.C., SECTION 1983

FILED BY_____D.C.

JUN 16 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

This packet includes two forms:
(1)      Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983 (2)
Application to Proceed Without Prepayment of Fees or Costs

To start an action under the you must file:
*      an original, signed complaint,
*      one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies.  You should also keep a copy for your records.  All copies of the complaint must be identical to the original, signed complaint.
*      filing fee of $400.00 or an Application to Proceed Without Prepayment of Fees/Costs

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these forms).  As the plaintiff, you must sign and swear to the accuracy of the information in the com plaint.  If you need m ore space than is provided on t he form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also,y ou must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

_____

(Write the full name of the plaintiff)

Prince, vs.   Isaiah Rothschild ( Arte Scott

officer Leon

morehaven Corr. fac,

P.O. Box 719001

moore have, Florida, 33471

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff (A.K.A Scott) Prince, Isayah Rothschild  Address: moore haven Corr. fac,
P.O Box 719001,
More haven Fl, 33471

Inmate/Prison No.: B08461

Year of Birth: 1973 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Leon

Defendant: _____

Official Position: officer        Official Position: _____

Place of Employment: morehaven   Corr fac, GEO   Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

### II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stated in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not icnlude legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

On 5-29-2026 @ approx 3:40 p.m while pretending to conduct a pat search Sexually assulted me by aggressively grabbing my front private privates and stating what the fuck is this, The C his Left hand go fondled my breast in attempt to hummilate me in front of other inmates and the Asst. Warden Whom was sitting at a desk behind me, acting clueless "Cont next page.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Officer Jeen be held responsible for Sexual Assult and I be transfered away from him before he relatates,

## IV. Jury Demand

Are you demanding a jury trial?        ____ Yes        ____ No

Thats why there are rules of officer conduct when dealing c transgender inmates. apparently someone like him thinks it funny to try and humilate a Transgender inmate by sexual assult what else do u call it, It was sexual in nature to humilate me and it was an assult. I'm pretty sure they will deny my allagation c prejudice cuz he is an officer and I'm an inmate I'm already prepared for that by contacting lawyers and the ACLU, and also you,

On 5-30-26 @ 405pm officer Leon called me a faggot and threatened me and threw my tray at me, Disrespected my dead twin brother calling him a faggot as well,



Signed this _____ day of _____, 20 ___

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

Signature of Plaintiff

Ante Scott B08461
Moore haven Corr Fac.
P.O. Box 719001
Moorehaven, Fl. 33471

RECD BY_____D.C.

JUN 1 6 2026

Legal Mail



United States District Court
Southern District of florida
400 N. Miami Ave. SN09
Miami fl. 33128-2716

33128-771899